No. 21. BACARDI CORPORATION OF AMERICA *v.* BONET, TREASURER, ET AL. October 7, 1940. Manuel I. Domenech, present Treasurer of Puerto Rico, substituted as a party respondent in the place and stead of Rafael Sancho Bonet, former Treasurer, on motion of *Mr. Preston B. Kavanagh* for the petitioner.

No. 327. FUTRALL, RECEIVER, *v.* RAY. October 7, 1940. A. F. Rawlings, present Receiver of the Lee County National Bank, substituted as the party petitioner in the place and stead of E. B. Futrall, former Receiver, on motion of *Mr. George P. Barse* for the petitioner.

No. 104. SNEAD & COMPANY *v.* STEINMETZ.

October 14, 1940. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Alaska Packers Association* v. *Industrial Accident Commission*, 294 U. S. 532. *Mr. R. Robinson Chance* for appellant. *Mr. William T. Cahill* for appellee.